# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert A. Powers  

Debtor(s)

CHAPTER 13

BKY. NO. 17-12745 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Inc. Mortgage Loan Trust, Series 2006-AF1 and index same on the master mailing list.

    Respectfully submitted,

**/s/ Matteo S. Weiner, Esq.**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734