**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 17-12745-AMC

ROBERT A. POWERS

595 Birmingham Road

West Chester, PA 19382

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT A. POWERS

  595 Birmingham Road

  West Chester, PA 19382

Counsel for debtor(s), by electronic notice only.

  DAVID M. KLAUDER
  BIELLI & KLAUDER
  1204 N. KING STREET
  WILMINGTON, DE 19801-

Date: 6/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee