## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **ROBERT A. POWERS,** | **Case No. 17-12745 (AMC)** |
| **Debtor.** | |

## PRAECIPE TO WITHDRAW
### (re: D.I. 38)

TO THE CLERK:

Please withdraw the *Debtor's Response to Chapter 13 Trustee's Motion for Dismissal*

(D.I. 38), which was filed in the above-captioned bankruptcy action on July 6, 2017.

**BIELLI & KLAUDER, LLC**

Date:  July 18, 2017

*/s/ David M. Klauder*
David M. Klauder, Esquire
Cory P. Stephenson, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: 215-642-8271
Facsimile: 215-754-4177
dklauder@bk-legal.com
cstephenson@bk-legal.com

*Counsel for the Debtor*