United States Bankruptcy Court<br>
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-12745-amc
Robert A. Powers                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Jul 19, 2017
                              Form ID: pdf900          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
```
db             +Robert A. Powers,    595 Birmingham Road,    West Chester, PA 19382-2183
cr             +HSBC Bank USA,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13907983        America's Servicing Company,    PO Box 10388,    Des Moines, IA 50306-0388
13907984       +Anne R. Powers,    595 Birmingham Road,    West Chester, PA 19382-2183
13931104       +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13907985        HSBC Bank, USA, National Association,    c/o Kimberly A. Bonner, Esquire,
                 Manley Deas Kochalski, LLC,    P.O. Box 165028,    Columbus, OH 43216-5028
13936540       +Specialized Loan Srving LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13907988       +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2017 01:31:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13907986        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:31:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
13922251        E-mail/Text: bkdepartment@rtresolutions.com Jul 20 2017 01:31:27
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13907987        E-mail/Text: bkdepartment@rtresolutions.com Jul 20 2017 01:31:27     RealTime Solutions,
                 1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13921947*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
```
              CORY P. STEPHENSON    on behalf of Debtor Robert A. Powers cstephenson@bk-legal.com
              DAVID M. KLAUDER    on behalf of Debtor Robert A. Powers dklauder@bk-legal.com,
               ahuber@bk-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Inc. Mortgage Loan
               Trust, Series 2006-AF1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT A. POWERS            Chapter 13

              Debtor            Bankruptcy No. 17-12745-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __19th__ day of __July__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID M. KLAUDER
BIELLI & KLAUDER
1204 N. KING STREET
WILMINGTON, DE 19801-


Debtor:
ROBERT A. POWERS

595 Birmingham Road

West Chester, PA 19382